Page 2

01/15)

| United States District Court | District: |
|---|---|

Name (under which you were convicted):

RAYMOND HENDERSON

Docket or Case No.:

RECEIVED
FEB 0 9 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Place of Confinement :

MT. PLEASANT CORRECTIONAL Facility

Prisoner No..

#1090144

Petitioner (include the name under which you were convicted)

Raymond Henderson

Respondent (authorized person having custody of petitioner)

Iowa Department of Correction

The Attorney General of the State of:

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Scott County, DAVENPORT, Iowa

    (b) Criminal docket or case number (if you know):

    FECR367931

2.  (a) Date of the judgment of conviction (if you know):

    November 22, 2015

    (b) Date of sentencing:

    December 22, 2015

3.  Length of sentence: 30 years

4.  In this case, were you convicted on more than one count or of more than one crime?  (Yes,)  No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    MANUFACTURE, DELIVERY,

    On going Criminal Conduct, Conspiracy to Commit NON-Forciable Felony

AO 241
(Rev. 01/15)

Page

_____

_____

_____

_____

6.    (a) What was your plea? (Check one)

☑ (1) Not guilty          ☐ (3)  Nolo contendere (no contest)

(2)    Guilty          ☐ (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    O Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

a Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    O No

9. If you did appeal, answer the following:

(a) Name of court: Iowa Courts of Appeal

(b) Docket or case number (if you know): N/A

(c) Result: Appellate Disagreed and Affirmed

(d) Date of result (if you know): May 31, 2017

(e) Citation to the case (if you know): N/A

(f) Grounds raised: Constitutional 5th, 6th and 14th amendments To The United States Constitution.

(g)    Did you seek further review by a higher state court?    ☑ Yes    N No
       If yes, answer the following:

       (1) Name of court:    POST Conviction

       (2) Docket or case number (if you know):    # PCCE 179316

       (3) Result:    DENIED

       (4) Date of result (if you know):    N/A

       (5) Citation to the case (if you know):

       (6) Grounds raised:    N/A

(h)    Did you file a petition for certiorari in the United States Supreme Court?    O Yes    ☑ No
       If yes, answer the following:

       (1) Docket or case number (if you know):    N/A

       (2) Result:

       (3) Date of result (if you know):

       (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? O Yes N No

11. If your answer to Question 10 was," give the following information:

(a)    (1) Name of court: _____ N/A _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        ☑ Yes or No

        (7) Result: _____ DENiED _____

        (8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____ Scott County Courts _____

        (2) Docket or case number (if you know): _____ PCCE129316 _____

AO 241
(Rev. 01/15)

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes        No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

A0241
(Rev. 01/15)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

O Yes    (No)

(7) Result: _____

(8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    (Yes)    n   No

(2) Second petition:    1.3 Yes    ☐   (No)

(3) Third petition:    Yes    n   (No)

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:    _____ N/A _____

AO 241
(Rev. 01/15)

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b)    If you did not exhaust your state remedies on Ground One, explain why:    N/A

(c)    Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

(2) If you did not raise this issue in your direct appeal, explain why:

☑ Yes        O No

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes        No

(2) If your answer to Question (d)(1) is "Yes," state:

A0241
(Rev. 01/15)

Type of motion or petition: _Motion To Dismissed_

Name and location of the court where the motion or petition was filed: _Scott County Courts_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  (Yes)  No n

(4) Did you appeal from the denial of your motion or petition?  (Yes)  No  O No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  _YES_

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Scott County_

Docket or case number (if you know): _# PCCE 179316_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _N/A_

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

AO 241
(Rev. 01/15)

N/A
_____

_____

_____

GROUND TWO:    _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why:    N/A

_____

_____

_____

(c)    Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?    O

(2) If you did not raise this issue in your direct appeal, explain why:    (Yes)    O No

_____

(d)    Post-Conviction Proceedings:    Yes

A0241
(Rev. 01/15)

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes        No

(2) If your answer to Question (d)(l) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

_____

_____

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):    *N/A*

(3) Did you receive a hearing on your motion or petition?    Yes    No

(4) Did you appeal from the denial of your motion or petition?    Yes    O No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? O    Yes    No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    *Scott County*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

GROUND THREE:

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b)    If you did not exhaust your state remedies on Ground Three, explain why:    N/A

(c)    Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    Post-Conviction Proceedings:

(I) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes       ☐ No

(2) If your answer to Question (d)(l) is "Yes," state:

Type of motion or petition:    Violation of Constitutional Rights

Name and location of the court where the motion or petition was filed:    Scott County

A0241
(Rev. 01/15)

Docket or case number (if you know): *N/A*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

_____

(3) Did you receive a hearing on your motion or petition?    n (Yes)    n No

(4) Did you appeal from the denial of your motion or petition?    13 (Yes)    n No

(5) If your answer to Question (d)(4) is 'Yes," did you raise this issue in the appeal?    n Yes    n No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

_____

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available):

_____

_____

II

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to

exhaust your state remedies on Ground Three: *N/A*

_____

A0241
(Rev. 01/15)

GROUND FOUR:      N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):      N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:      N/A

(c)      Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?      O

   (2) If you did not raise this issue in your direct appeal, explain why:      Yes

   N/A

(d)      Post-Conviction Proceedings:

   (I) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   N/

A0241
(Rev. 01/15)

Page

O Yes        No

(2) If your answer to Question (d)(l) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:     *N/A*

Docket or case number (if you know):     *N/A*

Date of the court's decision:     *N/A*

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?     (Yes)

(4) Did you appeal from the denial of your motion or petition? Yes,     (O No)

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     Yes,     (No)

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):     *N/A*

Date of the court's decision:     *N/A*

Result (attach a copy of the court's opinion or order, if available):

*N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

_____

_____

_____

_____

_____

_____

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground Four:    _____N/A_____

_____

_____

_____

_____

01/15)
AO 241
(Rev.

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? O Yes          O No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____N/A_____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____N/A_____

_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? n Yes N No

If "Yes state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____N/A_____

_____

_____

_____

_____

_____

_____

01/15)

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for?

the judgment you are challenging?        n Yes        n No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.        N/A

AO 241
(Rev.

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment

you are challenging:

(a) At preliminary hearing:    HARLAN GIESE

(b) At arraignment and plea:    HARLAN GIESE

(c) At trial:    Harlan GICSE

(d) At sentencing:    HARLAN GIESE

(e) On appeal:    LAUREN M. PHEIPS

(f) In any post-conviction proceeding:    NATE NIEMAN

01/15)

      (g) On appeal from any ruling against you in a post-conviction proceeding:     *N/A*

 

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are?

challenging?         n Yes N (No)

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      (b) Give the date the other sentence was imposed:

      (c) Give the length of the other sentence:     *N/A*

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        O Yes        No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition. *

*I was not aware of the laws*

A0241
(Rev.

01/15)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

       (l) A one-year period of limitation shall apply to an application fora writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-

            (A)the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

01/15)

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

A0241
(Rev.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Due To my Constitutional_

_and Due Process laws Being Violated I like for Charges to_

_be Dismissed_

or any other relief to which petitioner may be entitled.

_____
N/A

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _1/24/23_ (month, date, year).

Executed (signed) on _____ (date).

01/15)

*Raymond Henderson*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

)
)
)
)
)
)    Case No.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
D] Ad Prosequendum [E] Ad Testificandum Name of Detainee:
U.S. Marshals # Detained at _____    _____
(custodian):

_____

Detainee is:       a.)      [Cl charged in this district by:
                            ☐ Indictment       Information       Complaint
                            Charging Detainee with . _____
     or            b.)      ☐ a witness not otherwise available by ordinary process of the Court.

Detainee will:     a.)      [a] return to the custody of detaining facility upon termination of proceedings
     or            b.)      ☐ be retained in federal custody until final disposition of federal charges, as
                            a sentence is currently being served at the detaining facility.

Appearance is necessary _____    _____
on      at for the purpose of: U. S. District Court   [a] Grand Jury.

_____
Attorney of Record for
_____

## WRIT OF HABEAS CORPUS

          ☐ Ad Prosequendum              [El] Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal for
this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

_____       _____
Date                         United States District/Magistrate Judge

I

Raymond Henderson # 1090144

MPCF

1200 East WAShington Street

Mt PLEASANT, IA
                         52641

Hasler
01/25/2023
US POSTAGE $

United States Court Ho

131 East 4th st

Room 31

Davenport, Iow

5